Craig L. Chisvin, Esq., SBN 191825
craig.chisvinlaw@ymail.com
CHISVIN LAW GROUP, APC
11400 W. Olympic Boulevard, Suite 700
Los Angeles, California 90064
Telephone No.: (310) 820-4488
Facsimile No.: (310) 820-8485

Attorney for Plaintiff,
RAFAELA LOPEZ

JS-6

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| RAFAELA LOPEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GCA SERVICES, GROUP, INC., a Delaware Corporation; and DOES 1 to 100, inclusive<br><br>Defendants. | 5:15-cv-01146 JCG<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: April 27, 2015 |

The Court, having received and reviewed Plaintiff's Request For Dismissal with Prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and good cause appearing,

IT IS HEREBY ORDERED that the present lawsuit is dismissed in its entirety with prejudice, each party to bear his or its own costs and attorneys' fees.

Dated: February 23, 2016

_____
Hon. Jay C. Gandhi
United States Magistrate Judge